# EXHIBIT 3

| Jay Dardenne | State of Louisiana | COMMERCIAL DIVISION |
| SECRETARY OF STATE | Secretary of State | |



Uniform Commercial Code
(225) 342-5542
Fax
(225) 932-5318

Administrative Services
(225) 922-0415
Fax
(225) 932-5317

Corporations
(225) 925-4704
Fax
(225) 932-5314

| Name | Type | City | Status |
|---|---|---|---|
| KITCHENS INTERNATIONAL, INC. | Business Corporation | METAIRIE | Active |

**Business:** KITCHENS INTERNATIONAL, INC.
**Charter Number:** 34403201 D
**Registration Date:** 3/23/1992
**State Of Origin:**
**Domicile Address**
    1937 VETERANS MEMORIAL BLVD., #411
    METAIRIE, LA 70005
**Mailing Address**
    C/O WILLIAM SHIELL, IV
    1937 VETERANS MEMORIAL BLVD., #411
    METAIRIE, LA 70005

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| File Date: | 3/23/1992 |
| Last Report Filed: | 9/1/2009 |
| Type: | Business Corporation |

## Registered Agent(s)

| Agent: | WILLIAM SHIELL, IV |
|---|---|
| Address 1: | 1937 VETERANS MEMORIAL BLVD., #411 |
| City, State, Zip: | METAIRIE, LA 70005 |
| Appointment Date: | 3/23/1992 |

## Officer(s)

**Additional Officers: No**

| Officer: | JANET SHIELL |
|---|---|
| Title: | President, Secretary/Treasurer, Director |
| Address 1: | 1937 VETERANS MEMORIAL BLVD., #411 |
| City, State, Zip: | METAIRIE, LA 70005 |

| Officer: | WILLIAM SHIELL, IV |
|---|---|
| Title: | Vice-President |
| Address 1: | 1937 VETERANS MEMORIAL BLVD., #411 |
| City, State, Zip: | METAIRIE, LA 70005 |

## Amendments on File

**No Amendments on file**

Print