# EXHIBIT 4

CANADA

PROVINCE OF QUEBEC
DISTRICT OF MONTREAL
NO:   500-17-030931-060

SUPERIOR COURT

KITCHEN INTERNATIONAL INC, legal entity having a place of business at 5455 de Gaspé, suite 600, in the city and district of Montreal, Province of Quebec, H2T 3B3;

Plaintiff

vs.

EVANS CABINET CORPORATION LTD., legal entity, domiciled at 1321 North Franklin Street, city of Dublin, state of Geogia, UNITED STATES OF AMERICA, 31021;

Defendant

## MOTION TO INSTITUTE PROCEEDINGS

IN SUPPORT OF THEIR MOTION TO INSTITUTE PROCEEDINGS, PLAINTIFF RESPECTFULLY DECLARES AS FOLLOWS :

1. Plaintiff Kitchen International Inc. (hereinafter "Plaintiff KI") acts as a distributor and sub-contractor of cabinetry and countertops for third parties and more specifically, acted for Defendant Evans Cabinet Corporation Ltd. (hereinafter "**Defendant Evans**");

2. In view of the relationship disclosed in the preceding paragraph, Plaintiff KI was mandated to order and deliver cabinetry pursuant to the specifications of Defendant Evans in various large housing projects in several American jurisdictions;

3. More specifically, Plaintiff KI has fulfilled it's mandate insofar as having delivered kitchen cabinets according to the specifications of Defendant Evans in the following housing projects and cities:

    a) Harkins project in Phoenixville, Pennsylvania;
    b) Harkins project in Gateway, Pennsylvania;
    c) Harkins project in Alexandria, Virginia;
    d) Dimeo project phase 1 and Phase 2 in Newport, Rhode-Island;
    e) Dimeo project in Quinnipiac, Connecticut;