**EXHIBIT 5**

# JAY DARDENNE
# LOUSIANA SECRETARY OF STATE

| | | | |
|---|---|---|---|
| TO: | MICHAEL FREED | FROM: | Julie Nesbitt |
| FAX: | 404-527-4198 | FAX: | 225-925-4726 |
| PHONE: | 404-527-4185 | PHONE: | 225-922-0415 |
| SUBJECT: | CORRECTED LETTER RE: CASE NO. 20091120 | DATE: | Tuesday, March 02, 2010 |

COMMENTS: SORRY ABOUT THE WRONG LETTER, WE ARE STILL GETTING USED TO A NEW SYSTEM THAT HAS US DOING OUR LETTERS A LITTLE DIFFERENTLY. THIS LETTER REFLECTS THE CORRECT INFORMATION.

2 PAGES.

Jay Dardenne
**SECRETARY OF STATE**

03/02/2010

**State of Louisiana
Secretary of State**



**COMMERCIAL DIVISION**

Uniform Commercial Code
(225) 925-4704
Fax
(225) 932-5318

Administrative Services
(225) 925-4704
Fax
(225) 932-5317

Corporations
(225) 925-4704
Fax
(225) 932-5314

J. RANDOLPH EVANS, ESQ.
MCKENNA, LONG & ALDRIDGE LLP
303 PEACHTREE ST., N.E., STE. 5300
ATLANTA, GA 30308

DEAR MR. EVANS:

EVANS CABINET CORPORATION vs. KITCHENS INTERNATIONAL, INC.

Suit No. 20091120

This is to advise that the suit in the above entitled and numbered proceeding, which was served on November 16, 2009, mailed on November 17, 2009, to KITCHENS INTERNATIONAL, INC., 1937 VETERANS MEMORIAL BLVD., #411, METAIRIE, LA 70005, was returned on November 23, 2009, with the notation "REFUSED" stamped on the envelope.

It was remailed on December 7, 2009 to KITCHENS INTERNATIONAL, INC., SUITE 600, 5455 DE GASPE, MONTREAL, QUEBEC H2T 3B3, and was returned on February 2, 2010 with the notation "UNCLAIMED" stamped on the envelope.

If you have another address in which you wish to attempt service, please advise in writing. You may fax your response to (225)925-4726.

For proper identification, please attach a copy of this letter to all future correspondence in connection with this service.

Sincerely,

JN

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.louisiana.gov

PAGE 2/2 * RCVD AT 3/2/2010 3:37:57 PM [Eastern Standard Time] * SVR:DCRIGHTFAX02/2 * DNIS:74198 * CSID: * DURATION (mm-ss):00-34