# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

EVANS CABINET CORPORATION

    Plaintiff,

vs.

KITCHEN INTERNATIONAL, INC.,

    Defendant.

Civil Action File No. 3:10-CV-0020 DHB-WLB

## DECLARATION OF P. MICHAEL FREED

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is P. Michael Freed. I am over eighteen (18) years of age and have personal knowledge of the fact set forth herein. They are true and correct.

2. I am an attorney representing Plaintiff Evans Cabinet Corporation in the above-styled action.

3. I am familiar with the document attached hereto as Exhibit 1.

4. I located Exhibit 1 on the world-wide web on March 30, 2010. The document attached as Exhibit 1 is publicly available at the address, https://www.ic.gc.ca/app/scr/cc/CorporationsCanada/fdrlCrpDtls.html?corpId=3273407.

5. The document attached hereto as Exhibit 1 is a true and correct copy of the document I printed from the website provided in Paragraph 4.

I declare under penalty of perjury that the foregoing is true and correct

Executed on April 5, 2010.

2

_____
P. Michael Freed

# EXHIBIT 1

Corporations Canada - Online Filing Centre -                                                                                  Page 1 of 2

Industry Canada  Industrie Canada

Canada

Industry Canada > Business Tools and Resources > Corporations Canada > Online Filing Centre

# Federal Corporation Information

Glossary of Terms used on this page

**Corporation Number**  **Business Number (BN)**  **Governing Legislation**
3273407                 894560192RC0001          Canada Business Corporations Act - 1996-06-27

**Corporate Name**
BROUSSARD-SHIELL HOLDINGS INC.
GESTION BROUSSARD-SHIELL INC.

**Status**
Active

**Registered Office Address**
Care of: JANET SHIELL
5455 DE GASPÉ, SUITE 600
MONTREAL QC H2T 3B3
Canada

Active CBCA corporations and cooperatives are required to update this information within 15 days of any change.

**Directors**
**Minimum**  **Maximum**
1            10

**Directors**
WILLIAM SHIELL IV
JANET SHIELL

Email or fax Corporations Canada to obtain addresses of directors.

Active CBCA corporations and cooperatives are required to update this information within 15 days of any change.

**Annual Filings**
**Anniversary Date** (MM-DD)    **Date of Last Annual Meeting**
06-27                            2007-12-31

**Annual Filing Period** (MM-DD)   **Type of Corporation**
06-27 - 08-26                       Non-distributing corporation with 50 or fewer shareholders

**Status of Annual Filings**
2010 - Not due
2009 - Not filed
2008 - Filed

**Corporate History**
**Previous Name(s)**
1996-06-27        3273407 CANADA INC.

**Certificates Issued**

**Certificate of Incorporation**
1996-06-27

**Certificate of Amendment** *
2000-10-27        Amendment details: Corporate name

https://www.ic.gc.ca/app/scr/cc/CorporationsCanada/fdrlCrpDtls.html?corpId=3273407                    3/30/2010

Case 3:10-cv-00020-DHB-WLB   Document 23-1   Filed 04/05/10   Page 6 of 6

Corporations Canada - Online Filing Centre -                                                                        Page 2 of 2

> \* Amendment details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed. Contact Corporations Canada for more information.

Date Modified: 2010-03-26